# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

DAVID F. LAIRD                                                                      PLAINTIFF

v.                        Case No. 5:16-CV-5268

NANCY A. BERRYHILL,
Acting Commissioner,
Social Security Administration                                     DEFENDANT

## **ORDER**

The Court has received proposed findings and recommendations (Doc. 14) from United States Magistrate Judge Erin L. Wiedemann. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety. Judgment will be entered accordingly.

**IT IS SO ORDERED** this 27th day of November, 2017.

/s/ P. K. Holmes, III
P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE